UNITED STATES DISTRICT COURT
District of New Jersey

Chambers of
THE HONORABLE JOEL A. PISANO

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(609) 989-0502 (work)
(609) 989-0505 (fax)

July 21, 2008

**Re: Michael S. Craig, et al., vs. David T. Norton, et al.,
Civil Action No. 06-1981 (JAP)**

Dear Counsel:

This letter is to confirm that the Court has scheduled a settlement conference in the above captioned matter for **Monday, July 28, 2008 at 10:30 a.m.** Counsel has been advised that they are to be present along with the parties, representatives of the parties, and/or insurance company representatives with full settlement authority.

Very truly yours,

s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge

cc:  Counsel of record
     File