IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
OCT 10 2008
AT 8:30_____
WILLIAM T. WALSH—M
CLERK

| | |
|---|---|
| MICHAEL S. CRAIG and<br>BILLIE R. CRAIG,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID T. NORTON, J. ROSS,<br>J.B. HUNT TRANSPORT, INC., DAVID<br>DEPUE, a/ka LEHIGH VALLEY FLEET<br>MAINTENANCE, LEHIGH VALLEY<br>FLEET MAINTENANCE, LEHIGH<br>VALLEY TRAILER SERVICE a/k/a<br>LEHIGH VALLEY FLEET<br>MAINTENANCE, AUSTIN FLEET<br>MAINTENANCE, INC. and/or AUSTIN<br>FLEET MAINTENANCE, ABC<br>COMPANY 1-5, AND JOHN DOES 1-5,<br>Defendants. | CIVIL ACTION NO.: 06-cv-1981<br><br><br>Report and Recommendation |

~~ORDER~~

The Court having conducted a Settlement approval hearing on ~~AND NOW,~~ this 10th day of October 2008, it is hereby ~~ORDERED and DECREED~~ Recommended that all claims of Michael and Billie Craig only, ~~are hereby~~ be dismissed and that the claims against David Depue, a/k/a Lehigh Valley Fleet Maintenance, Lehigh Valley Fleet Maintenance, Lehigh Valley Trailer Service a/k/a Lehigh Valley Fleet Maintenance, Austin Fleet Maintenance, Inc. and/or Austin Fleet Maintenance are dismissed pursuant to the August 5, 2008 Order.

It is further noted that J.B. Hunt Transport, Inc., David Norton, and J. Ross has preserved its right to appeal its claims against Austin Fleet Maintenance, Inc. and/or Austin Fleet Maintenance.

_____
USMJ J.

260647/9-1