NOT FOR PUBLICATION                                                                                    CLOSED

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL S. CRAIG, et al., : | |
| Plaintiffs, : | |
| : | Civil Action No. 06-1981  (JAP) |
| v. : | |
| : | **ORDER ADOPTING THE REPORT** |
| DAVID T. NORTON, et al., : | **AND RECOMMENDATION OF THE** |
| : | **MAGISTRATE JUDGE** |
| Defendants. : | |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on October 10, 2008; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

**IT IS** on this 29th day of October, 2008,

**ORDERED** that the Report and Recommendation filed on October 10, 2008, recommending that all claims of Michael and Billie Craig be dismissed in light of Magistrate Judge Bongiovanni's Order approving the parties' settlement, is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiffs' complaint is **DISMISSED**.

Accordingly, this case is **CLOSED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.